Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Michel Harrison obo Jenny Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-2755<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Mike Harrison, for the Estate of Jenny Harrison, Plaintiffs, <br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, (MIKE HARRISON for the estate of JENNY HARRISON) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 2, 2009

By: _____

Attorneys for Plaintiff, Mike Harrison for the estate of Jenny Harrison

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: May 11, 2009            DLA PIPER US LLP

By: _____
    Michelle Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2009           _____
                              Hon. Charles R. Breyer
                              United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)